**United States Bankruptcy Court**
**District of Maryland**

In re   **Cynthia D Cotton**                                                                    Case No.
                          Debtor(s)                                                              Chapter   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 4,500.00 |
   | Prior to the filing of this statement I have received | $ 1,076.00 |
   | Balance Due | $ 3,424.00 |

2. $ **274.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):   **$3424 paid through plan per paragraph 4B of Appendix F**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

      **Under the terms of the fee agreement, counsel hereby agrees to represent the debtors for the duration of the bankruptcy proceeding until their case is either dismissed, discharged or converted. Christman & Fascetta, LLC does hereby waive the right to withdraw its appearance as counsel for the debtors under Local Bankruptcy Rule 9010-5, however, this waiver does not waive the right to withdraw from representation for cause. Christman & Fascetta, LLC acknowledges that any withdrawal of appearance at any time may give rise to a reevaluation of fees paid by the Chapter 13 Trustee post filing.**

      **This fee does not include Adversary Proceedings.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 12, 2009**              **/s/ Edward C. Christman, Jr.**
                                          **Edward C. Christman, Jr. 08121**
                                          **Christman & Fascetta LLC**
                                          **810 Gleneagles Court**
                                          **Suite 301**
                                          **Towson, MD 21286**
                                          **410-494-8388   Fax: 410-494-8389**
                                          **hheneson@bankruptcymd.com**