Form ntcdbaut

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   09–24946 JS     Chapter:   13**

Cynthia D Cotton
Debtor(s)

## NOTICE THAT DEBTOR IS INELIGIBLE FOR DISCHARGE

Upon review of the Debtor(s) previously filed case(s), notice is hereby given that Debtor(s) COTTON, CYNTHIA D is/are ineligible for a discharge pursuant to 11 U.S.C. §727(a)(8),(9) or §1328(f). The Court shall not grant a discharge if the Debtor(s) has/have received a discharge in a case filed under chapter 7, 11, 12 or 13 within the period of time specified under 11 U.S.C. §727(a)(8),(9) or §1328(f).

Objections contesting the record must be filed with the Clerk of the U.S. Bankruptcy Court within twenty (20) days from the date of this notice.

Dated: 8/13/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, admin

# CERTIFICATE OF NOTICE

```
District/off: 0416-1           User: admin                 Page 1 of 1                  Date Rcvd: Aug 13, 2009
Case: 09-24946                 Form ID: ntcdbaut           Total Noticed: 13

The following entities were noticed by first class mail on Aug 15, 2009.
db           +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714
25384561     +BGE,   PO Box 13070,   Philadelphia, PA 19101-3070
25384560     +Baltimore County,   Office of Law,   400 Washington Avenue,   Towson, MD 21204-4606
25384562     +Bierman, Geesing & Ward, LLC,   4520 East West Highway, Ste. 200,   Bethesda, MD 20814-3382
25384577     +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
               Baltimore, MD 21201-2305
25384580     +Deputy County Attorney,   Baltimore County Office of Law,   400 Washington Avenue, 2nd Floor,
               Towson, MD 21204-4606
25384565     +GC Services,   Attn: Bankruptcy,   6330 Gulfton St. Ste 400,   Houston, TX 77081-1108
25384567    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   Special Procedures DIvision,
               31 Hopkins Plaza, Room 1150,   Baltimore, MD 21201)
25384566     +Indymac Bank,   7700 W Parmer Ln,   Bldg D 2nd Floor,   Austin, TX 78729-8103
25384568     +Nco Financial Systems,   507 Prudential Rd,   Horsham, PA 19044-2368
25384569     +State of Maryland - Mayor & City Council,   Bureau of Treasury Management,   200 Hilliday Street,
               Baltimore, MD 21202-3618
25384579     +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2201
25384578      Supervisor of Delin. Accts.,   Rm. 1 Municipal Building,   Holliday & Lexington Streets,
               Baltimore, MD 21202

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Auditor
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2009**                         **Signature:**   *Joseph Speetjens*