Form ntcpriv

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   09−24946 JS     Chapter:   13

Cynthia D Cotton
Debtor(s)

## NOTICE OF REQUIREMENT TO COMPLY WITH
## THE JUDICIAL CONFERENCE OF THE UNITED STATES AND
## THE E−GOVERNMENT ACT OF 2002

Notice is hereby given that, in compliance with the policies of the Judicial Conference of the United States and the E−Government Act of 2002 as amended December 1, 2007[1], promoting electronic access to case files while also protecting personal privacy and other legitimate interests, parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal identifiers from all documents filed with the Court, including exhibits to such filings, unless otherwise ordered by the Court:

**Social Security Number:**  Only the last four digits of a Social Security number may be listed in the filing.
**Names of Minor Children:**  Only the initials of minor children may be listed in the filing.
**Dates of Birth:**  Only the year of birth may be listed in the filing.
**Financial Account Numbers:**  Only the last four digits of financial account numbers may be listed in the filing.

The responsibility for redaction rests solely with the filing party.

Clerk's Office staff will not review each filing for compliance with this rule.

Dated: 8/13/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, T Meany 410−962−4434

---

[1] **http://www.uscourts.gov/rules/privacy2.html**

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: tmeany              Page 1 of 1              Date Rcvd: Aug 13, 2009
Case: 09-24946                Form ID: ntcpriv          Total Noticed: 13

The following entities were noticed by first class mail on Aug 15, 2009.
 db           +Cynthia D Cotton,    1128 Wilson Avenue,    Gwynn Oak, MD 21207-4714
 25384561     +BGE,    PO Box 13070,    Philadelphia, PA 19101-3070
 25384560     +Baltimore County,    Office of Law,    400 Washington Avenue,    Towson, MD 21204-4606
 25384562     +Bierman, Geesing & Ward, LLC,    4520 East West Highway, Ste. 200,    Bethesda, MD 20814-3382
 25384577     +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                Baltimore, MD 21201-2305
 25384580     +Deputy County Attorney,    Baltimore County Office of Law,    400 Washington Avenue, 2nd Floor,
                Towson, MD 21204-4606
 25384565     +GC Services,    Attn: Bankruptcy,    6330 Gulfton St. Ste 400,    Houston, TX 77081-1108
 25384567    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    Special Procedures DIvision,
                31 Hopkins Plaza, Room 1150,    Baltimore, MD 21201)
 25384566     +Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8103
 25384568     +Nco Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
 25384569     +State of Maryland - Mayor & City Council,    Bureau of Treasury Management,    200 Hilliday Street,
                Baltimore, MD 21202-3618
 25384579     +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                Baltimore, MD 21201-2201
 25384578      Supervisor of Delin. Accts.,    Rm. 1 Municipal Building,    Holliday & Lexington Streets,
                Baltimore, MD 21202

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2009**                    Signature:    *Joseph Speetjens*