Certificate Number: 01267-MD-DE-009005863

Bankruptcy Case Number: 09-24946

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 13, 2009 , at 2:10 o'clock PM CST ,

Cynthia Diane Cotton completed a course on personal financial

management given by telephone by

Money Management International, Inc. ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Maryland .


Date: November 13, 2009        By    /s/Karla Ruelas

                               Name  Karla Ruelas

                               Title Counselor