/s/ _____

_X_ RETAIN

James F. Schneider , U.S. BANKRUPTCY JUDGE

Evidentiary Hrg: Y (N)

PROCEEDING MEMO - CHAPTER 13

Date: 11/30/2009 Time: 10:00

09-24946 Cynthia D Cotton

*Christopher Mc Grady, Esquire*

Edward C. Christman Jr. representing Cynthia D Cotton (Debtor)

Gerard R. Vetter (Trustee)

[15]   Amended Chapter 13 Plan.Amount of Payments per Month:
$345.00 per month for 2 months and $780.00 per month for
58 months,Number of Months:60, Filed by Cynthia D Cotton.
   (Attachments: # (1) Index)
Movant: Cynthia Cotton  BY E Christman;

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___
Denied without/with leave to amend by:_____Conf:_____Dismissed
Continued to: _____

Other Matters:      (List Paper No next to ruling)

| | | | | | |
|---|---|---|---|---|---|
| Granted | _____ | Sustained | _____ | Denied | _____ |
| Overruled | _____ | Withdrawn | _____ | Under Adv. | _____ |
| Moot | _____ | Consent | _____ | Dismissed | _____ |
| O.T.J. Fee | _____ | | | | |

DECISION:

[ ]  Signed by Court     [ ]  Filed by Counsel
[ ]  To be prepared by:
     [ ]  Movant's counsel      [ ]  Court
     [ ]  Respondent's counsel  [ ]  Other _____

NOTES:

*Continued to Dec 9 2009*