Form cnfhrgre (12/03)

**UNITED STATES BANKRUPTCY COURT**
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.:  09−24946
Judge:  James F. Schneider

In Re:    Cynthia D Cotton
Debtor(s)

PLEASE TAKE NOTICE that a CONTINUED CONFIRMATION hearing will be held

at 101 W. Lombard Street, Courtroom 9−C, Baltimore, MD 21201

on 12/9/09 at 10:00 AM

to consider and act upon the following:

15 − Amended Chapter 13 Plan.Amount of Payments per Month: $345.00 per month for 2 months and $780.00 per
month for 58 months,Number of Months:60, Filed by Cynthia D Cotton. (Attachments: # (1) Index)(Christman,
Edward)

Dated: 11/30/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, A Komisarek410−962−4077

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: akomisare           Page 1 of 1            Date Rcvd: Nov 30, 2009
Case: 09-24946                Form ID: cnfhrgre         Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 02, 2009.
db            +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2009**                          **Signature:**         _Joseph Speetjens_