```
          IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF MARYLAND


In Re:

CYNTHIA COTTON                      Case No:  09-24946 JS

         Debtor                        Chapter 13


- - - - - - - - - - - - - - - - -

           LINE WITHDRAWING AMENDED CHAPTER 13 PLAN

MR. CLERK:

     Please withdraw the Amended Chapter 13 Plan, docket no. 15,
on behalf of Cynthia Cotton, by her attorney, Edward C. Christman,
Jr.



Date:  December 8, 2009

                                /s/Edward C. Christman, Jr.
                                Edward C. Christman, Jr.
                                Christman & Fascetta LLC
                                810 Gleneagles Court
                                Suite 301
                                Towson, MD  21286
                                (410) 494-8388
```

CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of December, 2009, a copy of the Line Withdrawing Amended Chapter 13 Plan was served via first class, postage prepaid mail addressed to all parties listed below, which include all creditors on the Mailing Matrix and the Chapter 13 Trustee.

All creditors on the Mailing Matrix

Gerard Vetter, Trustee
100 S. Charles Street
Suite 501, Tower II
Baltimore, MD  21201

                                             **/s/Edward C. Christman, Jr.**
                                             Edward C. Christman, Jr.