SUPPLEMENTAL CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of December, 2009, a copy of the foregoing Objection to Claim and proposed Order were sent electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court and/or by certified mail, postage prepaid to:

OneWest Bank, FSB
Attn: Terry Laughlin
President and CEO
888 E. Walnut Street
Pasadena, CA  91101

                                             <u>/s/Edward C. Christman, Jr.</u>
                                             Edward C. Christman, Jr.