AMENDED SUPPLEMENTAL CERTIFICATE OF SERVICE


I hereby certify that on this 8th day of December, 2009, a copy of the foregoing Objection to Claim and proposed Order in case number 09-24946 JS for Cynthia Cotton were sent electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court and/or by certified mail, postage prepaid to:

OneWest Bank, FSB
Attn: Terry Laughlin
President and CEO
888 E. Walnut Street
Pasadena, CA  91101

                                     /s/Edward C. Christman, Jr.
                                     Edward C. Christman, Jr.