Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.:  09−24946
Judge:   James F. Schneider

In Re:     Cynthia D Cotton
           Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9−C, Baltimore, MD 21201

on 1/27/10 at 11:15 AM

to consider and act upon the following:

22 − Objection to Claim Number 2 In Re: OneWest Bank, FSB in the Amount of $172,426.72.

25 − Response on behalf of ONEWEST BANK, FSB Filed by Kevin R. ^1Feig (related document(s)[22] Objection to Claim filed by Debtor Cynthia D Cotton). (^1Feig, Kevin)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/5/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, T Meany410−962−4434

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: tmeany                Page 1 of 1         Date Rcvd: Jan 05, 2010
Case: 09-24946                Form ID: ntchrgb2           Total Noticed: 2
```

The following entities were noticed by first class mail on Jan 07, 2010.
```
db           +Cynthia D Cotton,    1128 Wilson Avenue,    Gwynn Oak, MD 21207-4714
cr           +ONEWEST BANK, FSB,    c/o Bierman Geesing & Ward, LLC,    4520 East West Highway, Suite 200,
               Bethesda, MD 20814-3382
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2010**                    **Signature:** _/s/ Joseph Speetjens_