BGW#: 51749

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

IN RE:                                           Case No. 09-24946-JFS
CYNTHIA COTTON
    Debtors                                  Chapter 13

_____

CYNTHIA COTTON
    Debtors

vs.

ONEWEST BANK, FSB

    Respondent

## EXHIBIT: CONTRACTUAL PAYMENT HISTORY FOR LOAN xxxx7694

| Name | CYNTHIA COTTON | Loan # | 1010027694 |
|---|---|---|---|
| BK Case # | 09-24946 | Post Due: | 1/1/2010 |
| Filed Date | 8/12/2009 | Stip Due: | N/A |

| Date Received | Debtor Rcv'd | Trustee Rcv'd | +/- D Susp | D Susp Bal | +/- T Susp | T Susp Bal | Post Pd | Amt Due | Pre Pd | Cont. Pd |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/07 | $ 1,376.62 | $ - | $ - | $ - | $ - | $ - | 8/1/2007 | $ 1,376.62 | | 08/01/07 |
| 01/07/08 | $ 1,378.00 | $ - | $ 1.38 | $ 1.38 | $ - | $ - | 9/1/2007 | $ 1,376.62 | | 09/01/07 |
| 02/04/08 | $ 1,378.00 | $ - | $ 1.38 | $ 2.76 | $ - | $ - | 10/1/2007 | $ 1,376.62 | | 10/01/07 |
| 04/09/08 | $ 1,447.00 | $ - | $ 70.38 | $ 73.14 | $ - | $ - | 11/1/2007 | $ 1,376.62 | | 11/01/07 |
| 08/06/08 | $ 1,378.00 | $ - | $ 1.38 | $ 74.52 | $ - | $ - | 12/1/2007 | $ 1,376.62 | | 12/01/07 |
| 08/25/08 | $ 534.41 | $ - | $ 534.41 | $ 608.93 | $ - | $ - | | $ - | | |
| 09/04/08 | $ 1,378.00 | $ - | $ 1.38 | $ 610.31 | $ - | $ - | 1/1/2008 | $ 1,376.62 | | 01/01/08 |
| 09/25/08 | $ 534.41 | $ - | $ 534.41 | $ 1,144.72 | $ - | $ - | | $ - | | |
| 10/08/08 | $ 1,912.41 | $ - | $ 535.79 | $ 1,680.51 | $ - | $ - | 2/1/2008 | $ 1,376.62 | | 02/01/08 |
| 10/15/08 | $ 460.36 | $ - | $ 460.36 | $ 2,140.87 | $ - | $ - | | $ - | | |
| 11/07/08 | $ 1,378.00 | $ - | $ 1.38 | $ 2,142.25 | $ - | $ - | 3/1/2008 | $ 1,376.62 | | 03/01/08 |
| 11/17/08 | $ 287.84 | $ - | $ 287.84 | $ 2,430.09 | $ - | $ - | | $ - | | |
| 12/11/08 | $ 162.01 | $ - | $ 162.01 | $ 2,592.10 | $ - | $ - | | $ - | | |
| 12/31/08 | $ 2,600.00 | $ - | $ 1,223.38 | $ 3,815.48 | $ - | $ - | 4/1/2008 | $ 1,376.62 | | 04/01/08 |
| 01/15/09 | $ 130.03 | $ - | $ 130.03 | $ 3,945.51 | $ - | $ - | | $ - | | |
| 01/28/09 | $ - | $ - | $ (1,376.62) | $ 2,568.89 | $ - | $ - | 5/1/2008 | $ 1,376.62 | | 05/01/08 |
| 01/28/09 | $ - | $ - | $ (1,376.62) | $ 1,192.27 | $ - | $ - | 6/1/2008 | $ 1,376.62 | | 06/01/08 |
| 02/23/09 | $ 82.15 | $ - | $ 82.15 | $ 1,274.42 | $ - | $ - | | $ - | | |
| 08/27/09 | $ - | $ - | $ (150.00) | $ 1,124.42 | $ - | $ - | ATTORNEY COST | $ 150.00 | | |
| 08/27/09 | $ - | $ - | $ (725.00) | $ 399.42 | $ - | $ - | ATTORNEY FEE | $ 725.00 | | |
| 08/27/09 | $ - | $ - | $ (390.00) | $ 9.42 | $ - | $ - | ATTORNEY FEE | $ 390.00 | | |
| 08/27/09 | $ - | $ - | $ (9.42) | $ 0.00 | $ - | $ - | FILE COST/COURT | $ 9.42 | | |
| **BK FILED: 07/01/08 - 08/01/09** | | | $ - | $ 0.00 | $ - | $ - | | | | |
| 09/16/09 | $ 1,212.65 | $ - | $ - | $ 0.00 | $ - | $ - | 9/1/2009 | $ 1,212.65 | | 07/01/08 |
| 10/15/09 | $ 1,212.65 | $ - | $ - | $ 0.00 | $ - | $ - | 10/1/2009 | $ 1,212.65 | | 08/01/08 |
| 11/16/09 | $ 1,212.65 | $ - | $ - | $ 0.00 | $ - | $ - | 11/1/2009 | $ 1,212.65 | | 09/01/08 |
| 12/17/09 | $ 1,212.65 | $ - | $ - | $ 0.00 | $ - | $ - | 12/1/2009 | $ 1,212.65 | | 10/01/08 |
| | $ - | $ - | $ - | $ 0.00 | $ - | $ - | | $ - | | |
| | $ - | $ - | $ - | $ 0.00 | $ - | $ - | | $ - | | |
| | $ - | $ - | $ - | $ 0.00 | $ - | $ - | | $ - | | |
| | $ - | $ - | $ - | $ 0.00 | $ - | $ - | | $ - | | |
| | $ - | $ - | $ - | $ 0.00 | $ - | $ - | | $ - | | |
| | $ - | $ - | $ - | $ 0.00 | $ - | $ - | | $ - | | |
| **Totals** | $ 21,267.84 | $ - | | $ 0.00 | | $ - | | $ 21,267.84 | | |

## CERTIFICATE OF SERVICE

I certify that on this 26th day of January, 2010, the following person(s) were served with a copy of the foregoing Exhibit: Contractual Payment History for Loan xxxx7694 electronically via the CM/ECF system or by first class mail postage prepaid to:

Gerard R. Vetter, Trustee
100 S. Charles Street, Suite 501, Tower II
Baltimore, MD 21201

Edward C. Christman
810 Gleneagles Court
Suite 301
Towson, MD  21286

Cynthia Cotton
1128 Wilson Avenue
Gwynn Oak, MD  21207


       */s/ Kevin R. Feig, Esq.*
       Kevin R. Feig, Esq.