/s/ _____        X RETAIN

James Schneider, U.S. BANKRUPTCY JUDGE        Evidentiary Hrg: Y (N)

PROCEEDING MEMO - CHAPTER 13

Date: 01/27/2010  Time: 10:00

09-24946 Cynthia D Cotton

*Christopher M<sup>c</sup>Grady*

Edward C. Christman Jr. representing Cynthia D Cotton (Debtor)

Gerard R. Vetter (Trustee)

*Nnena Burns*

[2] Chapter 13 Plan and Pre Confirmation Certificate-- Case
Upload filed by Edward C. Christman Jr. of Christman & Fascetta,
LLC on behalf of Cynthia D Cotton.  (Christman, Edward)
Modified on 8/13/2009 (Meany, T).

[22]   Objection to Claim Number 2 In Re: OneWest Bank,
FSB in the Amount of $172,426.72. Notice Served on 12/8/2009
Filed by Cynthia D Cotton.  Responses due by 1/7/2010.
(Attachments: # (1) Proposed Order)
Movant: Cynthia Cotton   BY E Christman;

[25]   Response on behalf of ONEWEST BANK, FSB Filed by
Kevin R. ^1Feig (related document(s)[22] Objection to Claim
filed by Debtor Cynthia D Cotton).  (^1Feig, Kevin)
Movant: ONEWEST BANK, FSB        BY K ^1Feig; K ^3Feig;

[28] Support Document : Contractual Payment History for
Loan xxxx7694 Filed by Kevin R. ^3Feig (related document(s)[25]
Response filed by Creditor ONEWEST BANK, FSB).  (^3Feig,
Kevin)
Movant: ONEWEST BANK, FSB        BY K ^1Feig; K ^3Feig;


DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___
Denied without/with leave to amend by:_____Conf:_____Dismissed
Continued to: _____

Other Matters:      (List Paper Number Next to Ruling)

    Granted    _____      Sustained  _____      Denied     _____
    Overruled  _____      Withdrawn  _____      Under Adv. _____
    Moot       _____      Consent    _____      Dismissed  _____
    O.T.J. Fee _____

DECISION:

[ ]  Signed by Court         [ ]  Filed by Counsel
[ ]  To be prepared by:
     [ ]  Movant's counsel         [ ]  Court
     [ ]  Respondent's counsel     [ ]  Other _____

NOTES:   *Objection overruled*
*Conf denied w/ leave to amend by 2/10/10*
*March 10, 2010 Confirmation hearing*