Entered: February 01, 2010  Case 09-24946   Doc 34   Filed 02/03/10   Page 1 of 2
Signed: February 01, 2010

**SO ORDERED**



*James F. Schneider*
**JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| Cynthia D. Cotton | * | Case No.   09-24946-JS |
| | * | Chapter   13 |
| | * | |
| | * | |
| Debtor(s) | * | |

### ORDER OVERRULING OBJECTION TO CLAIM

Upon consideration of the objection filed by Cynthia D. Cotton, Debtor to the claim of OneWest Bank, FSB and the response thereto, and it appearing that there are insufficient grounds for the objection, it is,  by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the objection to the claim described above is hereby overruled, and said claim of  $172,426.72 is allowed.

cc:    Attorney for Objecting Party - Edward C. Christman, Jr.
       Trustee- Gerard R. Vetter
       Claimant -
       Claimant's Attorney -


Claims-10.2 -- 9/4/97

**End of Order**

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: tmeany                Page 1 of 1                  Date Rcvd: Feb 01, 2010
Case: 09-24946                Form ID: pdfall             Total Noticed: 3

The following entities were noticed by first class mail on Feb 03, 2010.
db           +Cynthia D Cotton,    1128 Wilson Avenue,    Gwynn Oak, MD 21207-4714
cr           +ONEWEST BANK, FSB,    c/o Bierman Geesing & Ward, LLC,    4520 East West Highway, Suite 200,
               Bethesda, MD 20814-3382
25510414     +OneWest Bank, FSB,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2010**                    **Signature:**    _Joseph Speetjens_