**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
at Baltimore

**Date: 2/25/10**

In re:   Case No.:   09−24946 JS     Chapter:   13

Cynthia D Cotton
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 35 − Emergency Motion to Sell 1128 Wilson Avenue, Gwynn Oak, MD 21207. Notice Served on 2/24/2010, Filed by Cynthia D Cotton . Objections due by 3/22/2010. Hearing scheduled for 03/31/2010 at 11:15 AM − Courtroom 9−C. (Matthews, T)

PROBLEM: A 21−day notice of motion and certificate of service must accompany the motion to sell.

CURE: File notice of motion and certificate of service allowing time for response, and proposed order.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 3/11/10.**

Additional information for non−attorney filers is available at **www.mdb.uscourts.gov/RL_prose.aspx**.

Mark D. Sammons, Clerk of Court
by Deputy Clerk, T Matthews  410 962−3602

cc:   Debtor(s)
      Attorney for Debtor(s) − Edward C. Christman Jr.

Form defntc (01/06)

# CERTIFICATE OF NOTICE

```
District/off: 0416-1           User: tmatthews              Page 1 of 1                    Date Rcvd: Feb 25, 2010
Case: 09-24946                 Form ID: defntc              Total Noticed: 1

The following entities were noticed by first class mail on Feb 27, 2010.
db            +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714
The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2010**                      Signature:    _Joseph Speetjens_