BGW#: 51749

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*Baltimore Division*

IN RE:                                                                     Case No. 09-24946-JFS

CYNTHIA D. COTTON
    Debtor                                                               Chapter 13

## NOTICE OF POST PETITION FEES AND COSTS

OneWest Bank, FSB ("Secured Creditor"), will be charging $1,560.00 for the following services:

Defense of Proof of Claim - $1,560.00

Secured Creditor asserts that these fees and costs are recoverable against the debtor or against the debtor's principal residence.

                                                      Respectfully Submitted,

                                                      */s/ Kevin R. Feig*
                                                      Kevin Feig, Esq., MD Fed. Bar No. 15202
                                                      Bierman, Geesing & Ward, LLC
                                                      4520 East West Highway, Suite 200
                                                      Bethesda, MD 20814
                                                      (301) 961-6555
                                                      (301) 961-6491(facsimile)
                                                      kevin.feig@bgw-llc.com
                                                      *Counsel for Secured Creditor*

## **CERTIFICATION OF SERVICE**

      I CERTIFY that on 1st day of March, 2010, the following person(s) were served electronically via the CM/ECF system or were mailed a copy of the foregoing Notice of Post Petition Fees and Costs, by first class mail, postage prepaid to:

Gerard R. Vetter, Trustee
100 S. Charles Street, Suite 501, Tower II
Baltimore, MD 21201

Edward C. Christman
810 Gleneagles Court
Suite 301
Towson, MD 21286

Cynthia Cotton
1128 Wilson Avenue
Gwynn Oak, MD 21207

                                                          */s/ Kevin R. Feig*
                                                          Kevin R. Feig