3-3-2010

Creditor will be paid at Settlement

Cynthia Cotton  
Debtor  
1128 Wilson Avenue  
Gwynn Oak MD 21207

Case 09-24946 JS  
Chapter 13

Honorable James F. Schneider:

On February 24, 2010 I put in emergency request to sell my house. There is a settlement date set for March 25, 2010. And my trustee Mr. Gerard R. Vetter will be at the settlement table to make sure my creditor's are paid in full. I also mailed off first class deficiency notice to my creditor's.

Thank You  
Cynthia Cotton

3-3-2010                        Case 09-24946 JS
                                Chapter 13

Cynthia Cotton
Debtor
1128 Wilson Avenue
Gwynn Oak MD 21207


Comptroller of Maryland
80 Calvert Street
Annapolis MD 21404
Attn: Bankruptcy Unit

Office of Budget and Finance
400 Washington Avenue
Court House Room 150
Towson MD 21204
Attn: Bankruptcy Unit

BGE
P.O. Box 1475
Baltimore MD 21203-1475
Attn: Bankruptcy Unit

Department of Finance
Bureau of Revenue Collections (Water-Department)
200 Holliday Street
Baltimore MD 21202
Attn: Bankruptcy Unit

Signature: Cynthia Cotton
Cynthia Cotton

Cynthia Cotton  Case-09-24946-JS
   Debtor  Chapter-13
1128 Wilson Ave.
Gwynn Oak Md.
  21207
3-4-2010

( Attorney )
=
Bierman, Geesing &
Ward, LLC
Attn: Bankruptcy Dept.
4520 East West Highway,
Suite-200
Bethesda, Md. 20814

Cynthia Cotton
Debtor
1128 Wilson Avenue
Gwynn, Oak MD 21207

3-3-2010               Case 09-24946 JS
                       Chapter 13

Attorney
Edward C. Christman, Jr
810 Gleneagles CT Suite 301
Towson MD 21286

Trustee

Gerard R. Vetter
100 S. Charles St.
Baltimore, md. 21201
Suite - 501

CC: The United States Bankruptcy Court

(James F. Schneider
 U.S. Bankruptcy - Judge)

Signature:
*Cynthia Cotton*

Cynthia Cotton
1128 Wilson Avenue
Gwynn Oak MD 21207

Cynthia Cotton                                         Case- 09-24946-Js
    Debtor                                                 Chapter -13
1128 Wilson Ave.
Gwynn Oak md.
   21207
3-4-2010

( Attorney )
     =

Bierman, Geesing &
Ward, LLC
Attn: Bankruptcy Dept.
4520 East West Highway,
Suite-200
Bethesda, md. 20814