/s/ _____          X RETAIN

James F. Schneider , U.S. BANKRUPTCY JUDGE          Evidentiary Hrg: Y (N)

PROCEEDING MEMO - CHAPTER 13

Date: 03/10/2010 Time: 10:00

09-24946 Cynthia D Cotton

*Christopher McGrady*

Edward C. Christman Jr. representing Cynthia D Cotton (Debtor)

Gerard R. Vetter (Trustee)

[33] Second Amended Chapter 13 Plan. Amount of Payments per Month: $345.00 per month for 6 months and $830.00 per month for 54 months, Number of Months:60, Filed by Cynthia D Cotton.  (Attachments: # (1) Index)
Movant: Cynthia Cotton  BY E Christman;

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.___ Converted to Ch___
Denied without/with leave to amend by:_____Conf:_____Dismissed
Continued to: _____

Other Matters:      (List Paper No next to ruling)

   Granted _____         Sustained _____       Denied _____
   Overruled _____       Withdrawn _____       Under Adv. _____
   Moot _____            Consent _____         Dismissed _____
   O.T.J. Fee _____

DECISION:

[ ] Signed by Court     [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel        [ ] Court
    [ ] Respondent's counsel    [ ] Other _____

NOTES:

*Confirmed*