

JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:                              *
                                    *
    CYNTHIA D COTTON                *       Case No.:  09-24946-JS
                                    *
        Debtor                      *       Chapter 13
                                    *
                                    *
*******************************************************************************

### ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditors and it having been determined, after hearing and notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the Plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED**, that the Second Amended Chapter 13 Plan filed 02/03/2010 is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or this case is dismissed; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee, on or before the 12th day of each month, the sum of $345.00 for 6 months, and then $830.00 for 54 months, for a total term of 60 months.

TRUSTEE RECOMMENDATION The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. §1325 and recommends confirmation.

/s/ Gerard R. Vetter
Gerard R. Vetter
Chapter 13 Trustee

cc:
Debtor(s)
Debtor(s)' Counsel
Chapter 13 Trustee
All Creditors

**END OF ORDER**

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: tmeany              Page 1 of 1         Date Rcvd: Mar 18, 2010
Case: 09-24946                Form ID: pdfall           Total Noticed: 16

The following entities were noticed by first class mail on Mar 20, 2010.
db           +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714
cr           +ONEWEST BANK, FSB,   c/o Bierman Geesing & Ward, LLC,   4520 East West Highway, Suite 200,
               Bethesda, MD 20814-3382
25384561     +BGE,   PO Box 13070,   Philadelphia, PA 19101-3070
25654577     +BGE,   PO Box 1475,   Baltimore, MD 21203-1475
25384560     +Baltimore County,   Office of Law,   400 Washington Avenue,   Towson, MD 21204-4606
25384562     +Bierman, Geesing & Ward, LLC,   4520 East West Highway, Ste. 200,   Bethesda, MD 20814-3382
25384577     +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
               Baltimore, MD 21201-2305
25384580     +Deputy County Attorney,   Baltimore County Office of Law,   400 Washington Avenue, 2nd Floor,
               Towson, MD 21204-4606
25384565     +GC Services,   Attn: Bankruptcy,   6330 Gulfton St. Ste 400,   Houston, TX 77081-1108
25384567    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,   Special Procedures DIvision,
               31 Hopkins Plaza, Room 1150,   Baltimore, MD 21201)
25384566     +Indymac Bank,   7700 W Parmer Ln,   Bldg D 2nd Floor,   Austin, TX 78729-8101
25384568     +Nco Financial Systems,   507 Prudential Rd,   Horsham, PA 19044-2368
25510414     +OneWest Bank, FSB,   6900 Beatrice Drive,   Kalamazoo, MI 49009-9559
25384569     +State of Maryland - Mayor & City Council,   Bureau of Treasury Management,   200 Hilliday Street,
               Baltimore, MD 21202-3618
25384579     +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2201
25384578      Supervisor of Delin. Accts.,   Rm. 1 Municipal Building,   Holliday & Lexington Streets,
               Baltimore, MD 21202

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2010**                    **Signature:**       _Joseph Speetjens_