GERARD R. VETTER
Chapter 13 Standing Trustee
100 S. CHARLES ST., SUITE 501
TOWER II
BALTIMORE, MD 212012721
(410) 400-1333  Fax: (410) 400-1301

UNITED STATES BANKRUPTCY COURT
District of Maryland/Northern Division

In Re: CYNTHIA D COTTON

1128 WILSON AVENUE
GWYNN OAK, MD 21207

Chapter 13

Case Number: 09-24946-JS

SSN 1: XXX-XX-3411

## NOTICE OF CLAIMS RECEIVED BY THE CHAPTER 13 TRUSTEE

The following claims have been received by the trustee. Payments on these claims are being made in accordance with the terms and conditions of the debtor(s)' confirmed Chapter 13 plan and as set forth below. Pursuant to 11 U.S.C. Section 502, payments shall continue unless an objection is filed by a party in interest with the U.S. Bankruptcy Court is served on the Chapter 13 Trustee.

PLEASE BE ADVISED, this Notice of Claims Received by the Chapter 13 Trustee ('Notice') has been prepared and provided as a courtesy. The claims listed and the amounts reflected are subject to change at any time. Although the Chapter 13 Trustee makes every effort to ensure the claims have been properly administered, the Chapter 13 Trustee does not guarantee the information contained in this Notice. THE AMOUNT NECESSARY TO PAY ALL CLAIMS IN FULL IS SUBJECT TO FINAL AUDIT AND REVIEW PRIOR TO COMPLETION AND ISSUANCE OF A FINAL DISCHARGE. Any questions relating to this Notice should be referred to the debtor's attorney.

| CLM# | Creditor's Name / Address | Claim Amt | % Allowed | Classification |
|---|---|---|---|---|
| 001 | BALTIMORE COUNTY<br>OFFICE OF LAW<br>400 WASHINGTON AVE<br>TOWSON, MD  21204-0000 | 0.00 | 100.00 | SECURED |
| 005 | BGE<br>PO BOX 1475<br>BALTIMORE, MD  21201 | 710.22 | Base Plan | UNSECURED |
| 009 | BGE<br>PO BOX 1475<br>BALTIMORE, MD  21201 | 273.15 | Base Plan | UNSECURED |
| 003 | COMPTROLLER OF MARYLAND<br>COMPLIANCE DIVISION<br>301 W PRESTON ST ROOM 409<br>BALTIMORE, MD  21201-0000 | 0.00 | 100.00 | PRIORITY |

| CLM# | Creditor's Name / Address | Claim Amt | % Allowed | Classification |
|---|---|---|---|---|
| 777 | DEBTOR | Continuing Claim | 100.00 | REFUND |
| 004 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | 5,842.51 | 100.00 | PRIORITY |
| 004 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | 236.14 | Base Plan | UNSECURED |
| 006 | GC SERVICES<br>6330 GULFTON<br>HOUSTON, TX  77081 | 0.00 | Base Plan | UNSECURED |
| 007 | NCO FINANCIAL SERVICES<br>PO BOX 41421 DEPT 43<br>PHILADELPHIA, PA  19101-0000 | 0.00 | Base Plan | UNSECURED |
| 002 | ONE WEST BANK, FSB<br>6900 BEATRICE DRIVE<br>3RD FLOOR<br>KALAMAZOO, MI  49009 | 27,578.81 | 100.00 | SECURED |
| 008 | STATE OF MARYLAND & MAYOR &<br>CITY COUNCIL OF BALTIMORE<br>200 HOLIDAY STREET, COLLEC DIV<br>BALTIMORE, MD  21202-0000 | 0.00 | Base Plan | UNSECURED |
|  | TOTAL: | $ 34,640.83 |  |  |

| | | |
|---|---|---|
| EDWARD C. CHRISTMAN JR.<br>810 GLENEAGLES COURT<br>SUITE 301<br>TOWSON , MD  21286- | 4,500.00 | Debtor's Attorney |

Dated: March 22, 2010

/s/  GERARD R. VETTER

GERARD R. VETTER
Chapter 13 Trustee

District of Maryland/Northern Division

## CERTIFICATE OF SERVICE

Judge: James F. Schneider                                     Bankruptcy Case Number 09-24946-JS

EDWARD C. CHRISTMAN JR.         CYNTHIA D COTTON
810 GLENEAGLES COURT            1128 WILSON AVENUE
SUITE 301                       GWYNN OAK, MD 21207
TOWSON , MD  21286

    I hereby certify, under penalty of perjury under the laws of the United States, that I am over the age of eighteen years, and not a party to this action; that I am a citizen of the United States and that my business address is 100 S. CHARLES ST., SUITE 501, BALTIMORE, MD; that I executed this Certificate of Service and served a true copy of the NOTICE OF CLAIMS RECEIVED BY THE CHAPTER 13 TRUSTEE by placing a true copy thereof; enclosed in a sealed envelope, with postage thereon fully prepaid, for deposit with the United States Postal Service, first-class postage, addressed as listed above.

Dated: March 22, 2010

/s/ GERARD R. VETTER
GERARD R. VETTER