```
          IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF MARYLAND
```

In Re:

CYNTHIA D. COTTON                      CASE    NO:09-24946    JS

       Debtor                          Chapter 13

- - - - - - - - - - - - - - - - -

LINE OF NO OBJECTION TO TRUSTEE'S CONDITIONAL RESPONSE TO MOTION
TO SELL REAL PROPERTY

    Now comes Edward C. Christman, counsel to Debtor hereby consenting to the Chapter 13 Trustee, Gerard Vetter's, conditional response to Motion to Sell Real Property.

Dated:    March 26, 2010

                              **/s/Edward C. Christman**
                              Edward C. Christman
                              Christman & Fascetta, LLC
                              810 Gleneagles Court
                              Suite 301
                              Towson, MD  21286
                              (410) 494-8388

CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of March, 2010, a copy of the Line of No Objection to Trustee's Conditional Response to Motion to Sell Real Property was served via first class, postage prepaid mail addressed to all parties listed on the mailing matrix and the Chapter 13 Trustee.

All creditors on the Mailing Matrix

Gerard Vetter, Trustee
100 S. Charles Street
Suite 501, Tower II
Baltimore, MD  21201

    **/s/Edward C. Christman**
    Edward C. Christman