```
           IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE DISTRICT OF MARYLAND
```

In Re: CYNTHIA D COTTON            *

                                                        *         Case No:
              Debtor                              09-24946 JS
                                                        *
                                                                    Chapter 13
                                                        *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

                          ANSWER TO MOTION TO DISMISS

     The Debtor, Cynthia D. Cotton, by Edward C. Christman, Jr., and Christman & Fascetta, LLC., in response to the Motion To Dismiss, states:

     1.  Debtor states that she fell behind on her payments to the Chapter 13 Trustee, Gerard Vetter.

     2.  Debtor states that her daughter was supposed to purchase her home and backed out at the last minute.

     3.  Debtor is speaking with counsel to determine what her best option will be.

     4.  That to dismiss this case would work as an undue hardship to Debtor and leave them in a very tenuous financial situation.

     WHEREFORE, debtor, Cynthia D. Cotton, by her attorneys, respectfully request that the Motion to Dismiss be denied.

                                                    <u>/s/Edward C. Christman,Jr.</u>
                                                    Edward C. Christman, Jr.
                                                  Christman & Fascetta, LLC.
                                                  810 Gleneagles Court
                                                  Suite 301
                                                  Towson, MD  21286

CERTIFICATE OF SERVICE

       I hereby certify that on this 18th day of August, 2010, a copy of the foregoing Answer was mailed by first class mail, postage prepaid to the following:

    All creditors as listed on the Creditor Matrix
    Trustee, Gerard Vetter

                                      /s/ Edward C. Christman, Jr.
                                      Edward C. Christman, Jr.