Form ntcpriv

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  09−24946 JS     Chapter:  7

Cynthia D Cotton
Debtor(s)

## NOTICE OF REQUIREMENT TO COMPLY WITH
## THE JUDICIAL CONFERENCE OF THE UNITED STATES AND
## THE E−GOVERNMENT ACT OF 2002

Notice is hereby given that, in compliance with the policies of the Judicial Conference of the United States and the E−Government Act of 2002 as amended December 1, 2007[1], promoting electronic access to case files while also protecting personal privacy and other legitimate interests, parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal identifiers from all documents filed with the Court, including exhibits to such filings, unless otherwise ordered by the Court:

**Social Security Number:** Only the last four digits of a Social Security number may be listed in the filing.
**Names of Minor Children:** Only the initials of minor children may be listed in the filing.
**Dates of Birth:** Only the year of birth may be listed in the filing.
**Financial Account Numbers:** Only the last four digits of financial account numbers may be listed in the filing.

The responsibility for redaction rests solely with the filing party.

Clerk's Office staff will not review each filing for compliance with this rule.

Dated: 9/16/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, T Matthews410 962−3602

---

[1] **http://www.uscourts.gov/rules/privacy2.html**

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: tmatthews            Page 1 of 2            Date Rcvd: Sep 16, 2010
Case: 09-24946                Form ID: ntcpriv           Total Noticed: 14

The following entities were noticed by first class mail on Sep 18, 2010.
db            +Cynthia D Cotton,    1128 Wilson Avenue,    Gwynn Oak, MD 21207-4714
25384561      +BGE,    PO Box 13070,    Philadelphia, PA 19101-3070
25654577      +BGE,    PO Box 1475,    Baltimore, MD 21203-1475
25384560      +Baltimore County,    Office of Law,    400 Washington Avenue,    Towson, MD 21204-4606
25384562      +Bierman, Geesing & Ward, LLC,    4520 East West Highway, Ste. 200,    Bethesda, MD 20814-3382
25384577      +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                Baltimore, MD 21201-2305
25384580      +Deputy County Attorney,    Baltimore County Office of Law,    400 Washington Avenue, 2nd Floor,
                Towson, MD 21204-4606
25384565      +GC Services,    Attn: Bankruptcy,    6330 Gulfton St. Ste 400,    Houston, TX 77081-1108
25384567     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court: Internal Revenue Service,    Special Procedures DIvision,
                  31 Hopkins Plaza, Room 1150,    Baltimore, MD 21201)
25384568      +Nco Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
25510414      +OneWest Bank, FSB,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
25384569      +State of Maryland - Mayor & City Council,    Bureau of Treasury Management,    200 Hilliday Street,
                Baltimore, MD 21202-3618
25384579      +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                Baltimore, MD 21201-2201
25384578       Supervisor of Delin. Accts.,    Rm. 1 Municipal Building,    Holliday & Lexington Streets,
                Baltimore, MD 21202

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25384566    ##+Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8101
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2010**          Signature:  _Joseph Speetjens_

```
District/off: 0416-1          User: tmatthews            Page 2 of 2            Date Rcvd: Sep 16, 2010
Case: 09-24946                Form ID: ntcpriv           Total Noticed: 14

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2010 at the address(es) listed below:
aty           Edward C. Christman, Jr.    on behalf of Cynthia Cotton   christman-fascetta@bankruptcymd.com
                                                                                                TOTAL: 1
```