

*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   09−24946 − JS    Chapter:   13

Cynthia D Cotton
1128 Wilson Avenue
Gwynn Oak, MD 21207

## ORDER CONVERTING CHAPTER 13 CASE
## TO A CASE UNDER CHAPTER 7
## ON DEBTOR(S)' REQUEST

  Upon the consideration of the motion/application of the Debtor(s) requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

  ORDERED, that this Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code; and

  NOTICE is given to Debtor(s) to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:   Debtor(s)
      Attorney for Debtor(s) – Edward C. Christman Jr.
      Chapter 13 Trustee – Nancy (Balt) Spencer Grigsby

**13.6 –** *tmatthews*

## End of Order

# CERTIFICATE OF NOTICE

```
District/off: 0416-1           User: tmatthews             Page 1 of 2              Date Rcvd: Sep 16, 2010
Case: 09-24946                 Form ID: pdfparty           Total Noticed: 1

The following entities were noticed by first class mail on Sep 18, 2010.
db           +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2010**            **Signature:** _Joseph Speetjens_

```
District/off: 0416-1          User: tmatthews          Page 2 of 2              Date Rcvd: Sep 16, 2010
Case: 09-24946                Form ID: pdfparty        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2010 at the address(es) listed below:
```
aty           Edward C. Christman, Jr.    on behalf of Cynthia Cotton   christman-fascetta@bankruptcymd.com
tr            Nancy (Balt) Spencer Grigsby    courtfiles@bmore13.com
                                                                                              TOTAL: 2
```