

*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| In Re:  CYNTHIA D. COTTON | Case No. 09-24946-JFS |
| Debtor | Chapter 7 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ONEWEST BANK, FSB, Movant

vs.

CYNTHIA D. COTTON, Debtor
JOSEPH J. BELLINGER, ESQ., Trustee
                    Respondents

### ORDER TERMINATING AUTOMATIC STAY
### NO OPPOSITION BY THE TRUSTEE AND
### NO OPPOSITION BY THE DEBTOR
### Real Property at 1128 Wilson Ave, Gwynn Oak, Maryland  21207

Upon consideration of the Motion for Relief from Stay filed by the Movant, OneWest Bank, FSB, and the Trustee having filed no opposition to the relief requested and the Debtor having filed no opposition to the relief requested and for good cause shown, it is

ORDERED, that the stay of 11 U.S.C. Section 362(a) be and hereby is terminated so as to permit the Noteholder, or its assigns, to resume or commence  foreclosure proceedings under the provisions of the Deed of Trust dated June 8, 2007, and recorded among the land records of BALTIMORE COUNTY, Maryland, and secured by the real property of the Debtor at **1128 Wilson Ave, Gwynn Oak, Maryland  21207;** provided however, that any surplus proceeds from the foreclosure sale, after the satisfaction of the Movant's debt and payment of the sale costs, shall be paid to the bankruptcy trustee for distribution through the bankruptcy estate; and, it is further

(1)

ORDERED, that this relief shall permit the successful purchaser to obtain possession of the real property after foreclosure.

**PARTIES TO RECEIVE COPIES**

Cynthia D. Cotton
1128 Wilson Avenue
Gwynn Oak, Maryland  21207


Copies to be sent electronically via the CM/ECF system to Edward C. Christman, Jr., Esq., Deborah K. Curran, Esq., and Joseph J. Bellinger, Esq., Trustee.


End of Order