**SO ORDERED**



JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

In Re:  CYNTHIA D. COTTON                    Case No. 09-24946-JFS
        Debtor                                          Chapter 7

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ONEWEST BANK, FSB, Movant

vs.

CYNTHIA D. COTTON, Debtor
JOSEPH J. BELLINGER, ESQ., Trustee
                        Respondents

### ORDER TERMINATING AUTOMATIC STAY
### NO OPPOSITION BY THE TRUSTEE AND
### NO OPPOSITION BY THE DEBTOR
### Real Property at 1128 Wilson Ave, Gwynn Oak, Maryland  21207

     Upon consideration of the Motion for Relief from Stay filed by the Movant, OneWest Bank, FSB, and the Trustee having filed no opposition to the relief requested and the Debtor having filed no opposition to the relief requested and for good cause shown, it is

ORDERED, that the stay of 11 U.S.C. Section 362(a) be and hereby is terminated so as to permit the Noteholder, or its assigns, to resume or commence  foreclosure proceedings under the provisions of the Deed of Trust dated June 8, 2007, and recorded among the land records of BALTIMORE COUNTY, Maryland, and secured by the real property of the Debtor at **1128 Wilson Ave, Gwynn Oak, Maryland  21207;** provided however, that any surplus proceeds from the foreclosure sale, after the satisfaction of the Movant's debt and payment of the sale costs, shall be paid to the bankruptcy trustee for distribution through the bankruptcy estate; and, it is further

ORDERED, that this relief shall permit the successful purchaser to obtain possession of the real property after foreclosure.

**PARTIES TO RECEIVE COPIES**

Cynthia D. Cotton
1128 Wilson Avenue
Gwynn Oak, Maryland  21207


Copies to be sent electronically via the CM/ECF system to Edward C. Christman, Jr., Esq., Deborah K. Curran, Esq., and Joseph J. Bellinger, Esq., Trustee.


End of Order

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: tmatthews             Page 1 of 2             Date Rcvd: Nov 05, 2010
Case: 09-24946                Form ID: pdfparty           Total Noticed: 1

The following entities were noticed by first class mail on Nov 07, 2010.
db           +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 07, 2010**                      **Signature:**    *Joseph Speetjens*

```
District/off: 0416-1          User: tmatthews             Page 2 of 2                Date Rcvd: Nov 05, 2010
Case: 09-24946                Form ID: pdfparty           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2010 at the address(es) listed below:
aty             Deborah K Curran    on behalf of  OneWest Bank, FSB  bankruptcymd@mwc-law.com
aty             Edward C. Christman, Jr.    on behalf of Cynthia Cotton   christman-fascetta@bankruptcymd.com
tr              Joseph J. Bellinger    trustee@offitkurman.com,  jjbellinger@ecf.epiqsystems.com,
                 mwashington@offitkurman.com
                                                                                                  TOTAL: 3
```