Form clswodsc

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  09−24946 JS     Chapter:  7

Cynthia D Cotton
Debtor(s)

## NOTICE THAT CASE IS ELIGIBLE
## TO BE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case is eligible to be closed without entry of discharge as the Debtor(s) is ineligible for discharge under 11 U.S.C. §727(a)(8),(9) or 11 U.S.C. §1328(f).

Dated: 12/28/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Tracey Matthews  410 962−3602