Form clswodsc

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   09−24946 JS     Chapter:   7

Cynthia D Cotton  
Debtor(s)

## NOTICE THAT CASE IS ELIGIBLE
## TO BE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case is eligible to be closed without entry of discharge as the Debtor(s) is ineligible for discharge under 11 U.S.C. §727(a)(8),(9) or 11 U.S.C. §1328(f).

Dated: 12/28/10

Mark D. Sammons, Clerk of Court  
by Deputy Clerk, Tracey Matthews  410 962−3602

# CERTIFICATE OF NOTICE

```
District/off: 0416-1           User: tmatthews              Page 1 of 3                  Date Rcvd: Dec 28, 2010
Case: 09-24946                 Form ID: clswodsc            Total Noticed: 25


The following entities were noticed by first class mail on Dec 30, 2010.
db           +Cynthia D Cotton,    1128 Wilson Avenue,    Gwynn Oak, MD 21207-4714
cr           +ONEWEST BANK, FSB,    c/o Bierman Geesing & Ward, LLC,    4520 East West Highway, Suite 200,
               Bethesda, MD 20814-3382
cr           +OneWest Bank, FSB,    8101 Sandy Spring Road,    Suite 100,    Laurel, MD 20707-3596
             +U.S. Trustee Baltimore,    101 W. Lombard St,    Room 2650,    Baltimore MD 21201-2623
25384561     +BGE,    PO Box 13070,    Philadelphia, PA 19101-3070
25654577     +BGE,    PO Box 1475,    Baltimore, MD 21203-1475
25384560     +Baltimore County,    Office of Law,    400 Washington Avenue,    Towson, MD 21204-4606
26263906     +Baltimore County,    PO Box 64281,    Baltimore, MD 21264-4281
25384562     +Bierman, Geesing & Ward, LLC,    4520 East West Highway, Ste. 200,    Bethesda, MD 20814-3382
26263908     +Comcast,    Po Box 3006,    Southeastern, PA 19398-3006
25384577     +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
25384580     +Deputy County Attorney,    Baltimore County Office of Law,    400 Washington Avenue, 2nd Floor,
               Towson, MD 21204-4606
25384565     +GC Services,    Attn: Bankruptcy,    6330 Gulfton St. Ste 400,    Houston, TX 77081-1108
25384567    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,     Special Procedures DIvision,
               31 Hopkins Plaza, Room 1150,    Baltimore, MD 21201)
25384568     +Nco Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
25510414     +OneWest Bank, FSB,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
26263909     +St. Agnes Health Care,    900 Caton Avenue,    Baltimore, MD 21229-5295
25384569     +State of Maryland - Mayor & City Council,    Bureau of Treasury Management,    200 Hilliday Street,
               Baltimore, MD 21202-3618
26263910     +State of Maryland Central Collection Uni,    5th Floor,    300 W. Preston Street,
               Baltimore, MD 21201-2308
25384579     +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2201
25384578      Supervisor of Delin. Accts.,    Rm. 1 Municipal Building,    Holliday & Lexington Streets,
               Baltimore, MD 21202
26263911     +University of Maryland,    630 W. Fayette Street,    Baltimore, MD 21201-1543
26263912     +University of Maryland Medical,    PO Box 62441,    Baltimore, MD 21264-2441

The following entities were noticed by electronic transmission on Dec 28, 2010.
26263905     +E-mail/PDF: recoverybankruptcy@afninet.com Dec 28 2010 23:24:27      AFNI,    404 Brock Drive,
               PO Box 3427,    Bloomington, IL 61702-3427
26263913     +E-mail/PDF: bankruptcyverizoncom@afni.com Dec 28 2010 23:45:08      Verizon,    PO Box 660720,
               Dallas, TX 75266-0720
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Auditor
26263914*    +AFNI,    404 Brock Drive,    PO Box 3427,    Bloomington, IL 61702-3427
26263907*    +BGE,    PO Box 13070,    Philadelphia, PA 19101-3070
26263916*    +BGE,    PO Box 13070,    Philadelphia, PA 19101-3070
26263915*    +Baltimore County,    PO Box 64281,    Baltimore, MD 21264-4281
26263917*    +Comcast,    Po Box 3006,    Southeastern, PA 19398-3006
26263918*    +St. Agnes Health Care,    900 Caton Avenue,    Baltimore, MD 21229-5295
26263919*    +State of Maryland Central Collection Uni,    5th Floor,    300 W. Preston Street,
               Baltimore, MD 21201-2308
26263920*    +University of Maryland,    630 W. Fayette Street,    Baltimore, MD 21201-1543
26263921*    +University of Maryland Medical,    PO Box 62441,    Baltimore, MD 21264-2441
26263922*    +Verizon,    PO Box 660720,    Dallas, TX 75266-0720
25384566    ##+Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8101
                                                                                              TOTALS: 1, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0416-1          User: tmatthews           Page 2 of 3                Date Rcvd: Dec 28, 2010
Case: 09-24946                Form ID: clswodsc         Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2010**          **Signature:**    _Joseph Speetjens_

```
District/off: 0416-1          User: tmatthews             Page 3 of 3              Date Rcvd: Dec 28, 2010
Case: 09-24946                Form ID: clswodsc           Total Noticed: 25

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2010 at the address(es) listed below:
aty            Deborah K Curran    on behalf of   OneWest Bank, FSB   bankruptcymd@mwc-law.com
aty            Edward C. Christman, Jr.    on behalf of Cynthia Cotton   christman-fascetta@bankruptcymd.com
aty            Kevin R. ^1Feig    on behalf of   ONEWEST BANK, FSB   kevin.feig@bgw-llc.com,   bankruptcy@bgw-llc.com
aty            Kevin R. ^3Feig    on behalf of   ONEWEST BANK, FSB   kevin.feig@bgw-llc.com,   bankruptcy@bgw-llc.com
tr             Joseph J. Bellinger    trustee@offitkurman.com,   jjbellinger@ecf.epiqsystems.com,
                mwashington@offitkurman.com
                                                                                                    TOTAL: 5
```