Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

**Case No.:  09–24946    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cynthia D Cotton
*debtor has no known aliases*
1128 Wilson Avenue
Gwynn Oak, MD 21207

Social Security No.:   xxx–xx–3411

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above–named Debtor(s) on 8/12/09

## FINAL DECREE

The estate of the above–named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Joseph J. Bellinger is discharged as trustee of the estate of the above–named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 1/12/11

*James F. Schneider*
U.S. Bankruptcy Judge