Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Case No.:  09–24946    Chapter:   7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cynthia D Cotton
*debtor has no known aliases*
1128 Wilson Avenue
Gwynn Oak, MD 21207

Social Security No.:   xxx–xx–3411

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above–named Debtor(s) on 8/12/09

# FINAL DECREE

The estate of the above–named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Joseph J. Bellinger is discharged as trustee of the estate of the above–named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 1/12/11

*James F. Schneider*
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: tmatthews            Page 1 of 2           Date Rcvd: Jan 12, 2011
Case: 09-24946                Form ID: fnldec            Total Noticed: 1

The following entities were noticed by first class mail on Jan 14, 2011.
db           +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2011**                           **Signature:**       _Joseph Speetjens_

```
District/off: 0416-1          User: tmatthews            Page 2 of 2                   Date Rcvd: Jan 12, 2011
Case: 09-24946                Form ID: fnldec            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2011 at the address(es) listed below:
```
aty           Edward C. Christman, Jr.   on behalf of Cynthia Cotton   christman-fascetta@bankruptcymd.com
tr            Joseph J. Bellinger    trustee@offitkurman.com,  jjbellinger@ecf.epiqsystems.com,
              mwashington@offitkurman.com
                                                                                               TOTAL: 2
```